tiorari to the Court of Appeals for the District of Columbia granted. MR. JUSTICE ROBERTS took no part in the consideration and decision of these applications. Messrs. Frank Roberson, John F. Condon, Jr., John Bassett Moore, and Joseph M. Proskauer for petitioner in No. 381. Mr. Fred K. Nielsen for petitioner in No. 382. Solicitor General Biddle, Assistant Attorney General Shea, and Messrs. Melvin H. Siegel and Francis J. McNamara for the Secretary of State et al., and Mr. William D. Mitchell for the Lehigh Valley Railroad Co.; respondents. Reported below: 114 F. 2d 464.

No. 364. SMITH v. O'GRADY, WARDEN. October 21, 1940. The motion for leave to proceed in forma pauperis is granted. The petition for writ of certiorari to the Supreme Court of Nebraska is granted. Albert Smith, pro se. Messrs. Walter R. Johnson, Attorney General of Nebraska, H. Emerson Kokjer, C. S. Beck, and Charles F. Bongardt, Assistant Attorneys General, for respondent.

No. 304. CARTER OIL Co. v. WELKER ET AL. October 21, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. Messrs. L. G. Owen and Henry I. Green for petitioner. Messrs. William M. Acton, Paul J. Wimsey, and Lawrence T. Allen for respondents.

No. 336. BERRY v. UNITED STATES. October 21, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. Mr. C. L. Dawson for petitioner. Solicitor General Biddle and Messrs. Julius C. Martin and Wilbur C. Pickett for the United States.